UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

August 3, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:17-MJ-00130-CKD-6 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| YOU AN LI, ) | |
| ) | |
| Defendant. ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release YOU AN LI, Case No. 2:17-MJ-00130-CKD-6,

Charge Title 21 USC §§ 846; 841(a)(1); 856, from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

____     Release on Personal Recognizance

✔     Bail Posted in the Sum of $ 50,000 (co-signed)

    ✔     Unsecured Appearance Bond

    ____     Appearance Bond with 10% Deposit

    ____     Appearance Bond with Surety

    ____     Corporate Surety Bail Bond

    ✔     (Other)     with pretrial supervision and conditions of release as

               stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 3, 2017  at  3:15  pm .

By _____
/     Deborah Barnes
United States Magistrate Judge